**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01144-CV

### VIJAYKUMAR C. PATEL, Appellant

### V.

### RANDY WILLIAMS AND CHARLOTTE ROBERTSON, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07261**

## ORDER

The reporter's record in this case is overdue. By postcard dated October 30, 2018, we notified Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days.

By order dated December 18, 2018, we again notified Ms. Dobbins the reporter's record was overdue and ordered her to file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification appellant had not requested the reporter's record within fifteen days. To date, Ms. Dobbins has not filed the reporter's record, filed the requested verifications, nor otherwise corresponded with the Court regarding the status of the reporter's record. Tina Thompson is now the official court reporter for the 134th Judicial District Court.

Accordingly, we **ORDER** Vielica Dobbins, to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has been found not entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has been found not entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Dobbins that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Dobbins comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Honorable Bridgett Whitmore
Presiding Judge
193rd Judicial District Court

Vielica Dobbins
Official Court Reporter
193rd Judicial District Court

Tina Thompson
Official Court Reporter
134th Judicial District Court

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE